UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
    :
MATTHEW LAROCHE, on behalf of himself and all    :   Case No. 2:21-cv-07156-JS-SIL
other persons similarly situated,                :
                                                 :
                           Plaintiff,            :   **STIPULATION OF DISMISSAL WITH**
                                                 :   **PREJUDICE**
        -against-                                :
                                                 :
HUNTINGTON POWER EQUIPMENT, INC.,                :
                                                 :
                           Defendant.            :
                                                 :
------------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the parties listed below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above entitled action is dismissed with prejudice. Each party to the action shall bear its own costs of the action, including attorneys' fees.

Dated: New York, New York                        Dated: New York, New York
       April 27, 2022                                   April 27, 2022

LAW OFFICES OF PETER A. ROMERO                   ROBINSON & COLE LLP
PLLC

By: _____                    By: _____
        Peter A. Romero, Esq.                            Ian T. Clarke-Fisher, Esq.
490 Wheeler Road, Suite 250                      666 Third Avenue, 20th Floor
Hauppauge, New York 11788                        New York, New York 10017
Tel: 631-257-5588                                Tel: 212-451-2900
Email: promero@romerolawny.com                   Email: iclarke-fisher@rc.com

*Attorneys for Plaintiff, Matthew LaRoche, on*   *Attorneys for Defendant, Huntington Power*
*behalf of himself and all other persons*        *Equipment, Inc.*
*similarly situated*

                                                 **SO ORDERED.**

Dated: May 2, 2022                               /s/ JOANNA SEYBERT
       Central Islip, New York                   Joanna Seybert, U.S.D.J.

The Clerk's Office is directed to mark this case closed.